# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0354
LT Case No. 2019-CA-052645

———————————————

WILLIAM IVAN, Individually, and
as Trustee of the Bonnie Holder
Ivan Trust Agreement, u/a/d
October 2, 2000,

    Appellant,

    v.

JEFF HOLDER, ANDREW HOLDER,
and Nominal Parties SHANNON
C. GAWRONSKI, MATTHEW T.
HOLDER, BENJAMIN J. SANCHEZ,
and TIMOTHY H. SANCHEZ,

    Appellees.

———————————————

Nonfinal appeal from the Circuit Court for Brevard County.
Scott Allen Blaue, Judge.

Aaron D. Lyons and Amanda R. Wilhem, of Lacey Lyons
Rezanka, Melbourne, for Appellant.

Josh M. Rubens, Jonathan Korin, and Jonathan D. Colan, of
Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Miami,
for Appellees, Jeff Holder and Andrew Holder.

No Appearance for Remaining Appellees.

April 21, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____